# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADEDRICK LEQUAN MCGLORY,<br><br>Petitioner,<br><br>v.<br><br>NEIL MCDOWELL, Warden,<br><br>Respondent. | Case No. EDCV 22-0850 VBF (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: August 22, 2024         /s/ Valerie Baker Fairbank
                                                      _____
                                                      VALERIE BAKER FAIRBANK
                                                      UNITED STATES DISTRICT JUDGE